UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CR-60169-MARTINEZ/McALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAVORIS HALL,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

The Defendant Tavoris Hall filed a Motion to Suppress, which has been fully briefed [DE 18, 21, 22, 24], and was referred to me by the Honorable Jose E. Martinez. [DE 19]. The Defendant was arrested in his home without a warrant, and in his motion he argues that his arrest, and subsequent search of his apartment, was in violation of the Fourth Amendment; accordingly, he asks the Court to exclude from evidence a gun and ammunition found in his home at the time of that arrest.

I held an evidentiary hearing on November 9, 2011, at which I heard the testimony of three officers of the Broward Sheriff's Office: Detectives Mellies and Gorman, and Officer Small. The following day, in open court, I made findings of fact and conclusions of law, and read into the record my report and recommendation. Accordingly, for the reasons stated on the record on this date in open court, which are incorporated by reference into this Report and Recommendation, this Court respectfully

RECOMMENDS that the Defendant's Motion to Suppress [DE 18], be **DENIED**. Further, the Court

ORDERS that the parties make immediate arrangements for daily copy of the transcript of the November 9, 2011 evidentiary hearing, and November 10, 2011 *ore tenus* report and recommendation, which transcripts shall immediately be filed on the docket of this case.

The parties may file written objections to this Report and Recommendation with the Honorable Jose E. Martinez **no later than November 15, 2011.** Failure to timely file objections shall bar the parties from attacking on appeal any factual findings contained herein. *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988).

DONE AND ORDERED in chambers in Miami, Florida this 10th day of November, 2011.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable Jose E. Martinez
Counsel of record